Thomas A. MORGAN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 318, 2015

Supreme Court of Delaware.

Submitted: September 8, 2015

Decided: September 30, 2015

Court Below—Superior Court for the State of Delaware, in and for Sussex County, Cr. ID No. 92S05729DI

AFFIRMED.